IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HOANG VU,

    Petitioner,

vs.                                    Case No. 4:12cv390-WS/CAS

ERIC H. HOLDER, JR., et al.,

    Respondents.

_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. Service was directed, doc. 4, and Respondents have filed a motion to dismiss the petition as moot. Doc. 11. Respondents advise that Petitioner "was released from the custody of Immigration and Customs Enforcement ('ICE') on September 12, 2012." *Id.*

Petitioner was not challenging the order of removal, but only his indefinite detention under Zadvydas v. Davis, 533 U.S. 678 (2001). Doc. 1. Petitioner claimed that Respondents "refuse to release him even though they are unable to deport him and will be unable to deport him in the reasonably foreseeable future." *Id.* Petitioner's request for relief was an Order directing release from custody. *Id.* at 8.

Because Petitioner has been granted release, there is no judicial remedy left and this case should be dismissed as moot. The Clerk of Court will be directed to provide a copy of this report and recommendation to Petitioner at the forwarding address provided by Respondents. *See* doc. 11 at 4.

Accordingly, it is **ORDERED** that the Clerk of Court shall send a copy of this report and recommendation to Petitioner at the address provided by Respondents: 4201 71st Avenue North, Pinellas Park, Florida 33781. Doc. 11 at 4.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 11, be **GRANTED** and the petition for writ of habeas corpus, doc. 1, be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on October 29, 2012.

    S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**