IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HOANG VU,

    Petitioner,

v.                                                                       4:12cv390-WS

ERIC H. HOLDER, JR., et al.,

    Respondents.

## ORDER DISMISSING PETITIONER'S
## PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed October 29, 2012. See Doc. 13. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as moot.

Having carefully considered the report and recommendation, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2. The defendants' motion to dismiss (doc. 11) is GRANTED.

3. The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is hereby DISMISSED without prejudice as moot.

4.  The clerk is directed to enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this   8th   day of   November  , 2012.


                                    s/ William Stafford                       
                                    WILLIAM STAFFORD
                                    SENIOR UNITED STATES DISTRICT JUDGE